E-FILED
Wednesday, 24 September, 2025  11:33:48 AM
Clerk, U.S. District Court, ILCD

FILED

SEP 23 2025

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## VERDICT FORMS

WE THE JURY UNANIMOUSLY FIND AS FOLLOWS:

### Section I: Liability

#### A. Plaintiff Julia Cave's Unlawful Entry Claim Against All Defendants:

As to the federal claim for unlawful entry against each Defendant, indicate your verdict by marking the appropriate line with an "X" for each Defendant.

|  | For Plaintiff Julia Cave | For Defendant |
|---|---|---|
| As to Colin Valenti |  | X |
| As to Demarreo Johnson |  | X |

**B. Plaintiff Larry Anthany Greer's Unlawful Entry Claim Against All Defendants:**

As to the federal claim for unlawful entry against each Defendant, indicate your verdict by marking the appropriate line with an "X" for each Defendant.

|  | For Plaintiff Larry Anthany Greer | For Defendant |
|---|---|---|
| As to Colin Valenti | _____ | ___X___ |
| As to Demarreo Johnson | _____ | ___X___ |

If you found for either Plaintiff on any claim in Section I, continue to **Section II – Damages**

## Section II – DAMAGES

### A. Plaintiff Julia Cave

1. Plaintiff, Julia Cave, is awarded compensatory damages in the following amount:

$ _____

2. If you found for Plaintiff and against a Defendant on one or more of Plaintiff Cave's claims, you may consider, but are not required to, awarding Plaintiff punitive damages. (As to each Defendant, either (1) place an "x" on the NO line or (2) place an "x" on the YES line and fill in the amount.)

As to Colin Valenti

No _____

Yes _____ $ _____

As to Demarreo Johnson

No _____

Yes _____ $ _____

**B. Plaintiff Larry Anthany Greer**

1. Plaintiff, Larry Anthany Greer, is awarded compensatory damages in the following amount:

$_____

2. If you found for Plaintiff and against a Defendant on one or more of Plaintiff Greer's claims, you may consider, but are not required to, awarding Plaintiff punitive damages. (As to each Defendant, either (1) place an "x" on the NO line or (2) place an "x" on the YES line and fill in the amount.)

As to Colin Valenti

No _____

Yes _____ $_____

As to Demarreo Johnson

No _____

Yes _____ $_____

**SECTION III**
Please sign and date the verdict form below:

Redacted

Redacted

Foreperson

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Date: 9-23-25

SPECIAL INTERROGATORY #1

The Jury Must Unanimously Agree on the Answers to All of the Following Questions:

1. Did Officer Johnson have an objectively reasonable belief that Plaintiff, Larry Anthany Greer possessed a bat when he entered the Greer home on October 7, 2019?

    X Yes ___ No

2. Did Officer Johnson have a reasonable and good faith belief that a serious threat to the officer's safety or the safety of others was present to justify the warrantless entry into the Plaintiffs' home?

    X Yes ___ No

Dated: 9-23-25

Redacted

Juror Foreperson

Redacted

Juror Y

Redacted

Juror

Redacted

Juror

Redacted

Juror

Redacted

Juror

Redacted

Juror

Redacted

Juror

SPECIAL INTERROGATORY #2

The Jury Must Unanimously Agree on the Answers to All of the Following Questions:

1. Did Officer Valenti have an objectively reasonable belief that Plaintiff, Larry Anthany Greer possessed a bat when he entered the Greer home on October 7, 2019?

   _X_ Yes ___ No

2. Did Officer Valenti have a reasonable and good faith belief that a serious threat to the officer's safety or the safety of others was present to justify the warrantless entry into the Plaintiffs' home?

   _X_ Yes ___ No

Dated: _9-23-25_

Redacted
Juror Foreperson

Redacted
Juror

Redacted
Juror

Redacted
Juror

Redacted
Juror

Redacted
Juror

Redacted
Juror

Redacted
Juror